453 P.2d 220

**STATE of New Mexico, ex rel. Leonard PAWLENKO, Petitioner,**

v.

**The Honorable LaFel E. OMAN, Judge of the Court of Appeals, Sitting by Designation in the District Court of Otero County, Third Judicial District, State of New Mexico, Respondent.**

No. 8831.

Supreme Court of New Mexico.

April 22, 1969.

NOBLE, Chief Justice, and MOISE, COMPTON, CARMODY and TACKETT, Justices, concurring.

Ordered that the petition for alternative writ of prohibition be and the same is hereby denied.

453 P.2d 220

**General Roger HARRISON, Petitioner,**

v.

**"Red" DOW, Sheriff of Bernalillo County, New Mexico, Respondent.**

No. 8829.

Supreme Court of New Mexico.

April 29, 1969.

NOBLE, Chief Justice, and MOISE, COMPTON and TACKETT, Justices, concurring.

Ordered that the Writ of Habeas Corpus heretofore issued herein on April 21, 1969, be and the same is hereby quashed.